# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD CECIL WALKER,** | : | **CIVIL NO. 4:15-CV-0887** |
| | : | |
| Petitioner, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| **CRAIG A. LOWE et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

August 1, 2016

In accordance with the Memorandum Opinion issued this date together with the Order Setting Conditions of Release also issued this date **IT IS NOW, THEREFORE, HEREBY ORDERED THAT:**

1. The Petitioner's Petition for Writ of Habeas Corpus is GRANTED.

2. Petitioner's counsel may file a brief supporting his requested relief for fees and costs on or before August 19, 2016. The Respondents will be afforded 14 days from the date petitioner's supporting brief is filed to file an opposing brief. Petitioner will be afforded 14 days from the date the respondents file an opposing brief to file a reply brief.

BY THE COURT:

*/s Matthew W. Brann*
Matthew W. Brann
United States District Judge